SWITZER, Respondent, v. HAMLIN, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 22, 1905.) Action by Emily S. Switzer against Charles F. Hamlin.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to the appellant to abide event, upon questions of law and fact. Held, that the verdict awarding damages is not supported by the evidence, and

*for* that *reason* and other errors appearing in the record the judgment and order are reversed.